IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:14-CV-1519-ORL-40TBS

CHRIST TAVANTZIS and CHRISTRIKES CUSTOM MOTORCYCLES, INC.,
*Plaintiffs,*
*v.*

AMERICAN CHOPPERS, ORANGE COUNTY CHOPPERS HOLDINGS, INC., ORANGE COUNTY CHOPPERS, INC., ORANGE COUNTY CHOPPERS INTERNATIONAL HOLDINGS, INC., PAUL TEUTUL, SR., PAUL TEUTUL, JR., MIKEY TEUTUL, RICK PETKO, JASON POHL, VINCENT DIMARTINO, LIFE ROLLS ON, JESSE BILLAUER, ROLLING THUNDER, CHRISTOPHER AND DANA REEVE FOUNDATION, JIM QUINN, TLC, DISCOVERY CHANNEL, DISCOVERY COMMUNICATIONS, DISCOVERY HOLDING COMPANY, KEITH MELTON, SCOTT POPJES, ZACHARY GREEN, CRAIG PILIGIAN, CHRISTO DOYLE, PILGRIM FILMS & TELEVISION, DEBMAR-MERCURY, LIONSGATE (LGF), COUNTRY MUSIC TELEVISION, INC. (CMT), MTV NETWORKS MUSIC & LOGO GROUP, INC. (MTV), and VIACOM INC./VIACOM MEDIA NETWORKS (VIA).
*Defendants.*
_______________________________________________/

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF DISCOVERY CHANNEL, DISCOVERY HOLDINGS COMPANY, DISCOVERY COMMUNICATIONS, TLC, CHRISTO DOYLE, DEBMAR-MERCURY AND LIONSGATE**

I hereby disclose the following pursuant to this Court's May 19, 2015 Order on Interested Persons and Corporate Disclosure [DE 87]:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own

10% or more of a party stock, and all other identifiable legal entities related to any party in this case:

Plaintiffs:

1. Christ Tavantzis
2. Christrikes Custom Motorcycles, Inc.

Plaintiffs' Counsel: Troutwine Law Group, LLC and attorney Tonia Marie Troutwine

Defendants represented by the undersigned:

1. Discovery Communications, Inc.
2. Discovery Holdings Company
3. Discovery Channel
4. TLC
5. Christo Doyle
6. Debmar-Mercury
7. Lionsgate (LGF)[1]

Parent Corporations of Defendants represented by the undersigned:

- The parent company of Discovery Holdings Company is Discovery Communications, Inc.
- Debmar-Mercury is a wholly owned subsidiary of Lionsgate.
- The parent company of Lionsgate is Lions Gate Entertainment Corp.
- Neither Discovery Communications, Inc., Discovery Channel, TLC, nor individual Christo Doyle has a parent company.

Defendants' Counsel: Hunton & Williams LLP, and attorneys Maya M. Eckstein, Jamie Zysk Isani, and Alison L. Karmelek

---

[1] Neither Discovery Channel nor TLC is an independent corporate entity, but networks that are a part of Discovery Communications, Inc. The caption of Plaintiffs' Complaint should be corrected.

Other Defendants and their Counsel:

1. Pilgrim Films & Television (PFTV)

2. Scott Popjes

3. Craig Piligian

4. Viacom, Inc./Viacom Media Networks

5. Country Music Television, Inc. (CMT)

6. MTV Networks Music & Logo Group, Inc.

- Subsidiary Corporation of Defendant Pilgrim Films & Television (PFTV): Pilgrim Studios, Inc.

Counsel for Defendants #1-6: Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, P.A., and attorney Nichole M. Mooney; Nixon Peabody, LLP and attorneys, Jason C. Kravitz and Troy K. Lieberman

7. Christopher and Dana Reeve Foundation, a not-for-profit corporation

Counsel for Christopher and Dana Reeve Foundation: Akerman LLP and attorneys Thomas Todd Pittenger, Kelly J. H. Garcia, Joshua Aaron Mize, Arlene Karin Kline, and Michael K. Dixon; and Non-Appearing Counsel Debevoise & Plimpton LLP and attorney Scott N. Auby

8. Orange County Choppers Holdings, Inc.

9. Orange County Choppers, Inc.

10. Orange County Choppers International Holdings, Inc.

Counsel for Defendants #8-10: Legal CYA LLC and attorney Jennifer Lenore Miller

11. Jesse Billauer

12. Life Rolls On, a not-for-profit corporation

Counsel for Defendants #11-12: DLA Piper US, LLP and attorneys Ardith Bronson and Jeremy T. Elman

13. Other Defendant: American Choppers

14. Other Defendant: Paul Teutul, Sr.

15. Other Defendant: Paul Teutul, Jr.

16. Other Defendant: Mikey Teutul

17. Other Defendant: Rick Petko

18. Other Defendant: Jason Pohl

19. Other Defendant: Vincent Dimartino

20. Other Defendant: Rolling Thunder

21. Other Defendant: Jim Quinn

22. Other Defendant: Keith Melton

23. Other Defendant: Zachary Green

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors committee (or 20 largest unsecured creditors) in bankruptcy cases:

None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution.

Plaintiffs Christ Tavantzis and Christrikes Custom Motorcycles, Inc. claim to be the victim of purportedly wrongful conducts that the Complaint attributes to Defendants. Defendants deny Plaintiffs' allegations.

I hereby certify that, except those disclosed above, I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Dated: May 26, 2015

Respectfully submitted,

By: s/Jamie Zysk Isani
Jamie Zysk Isani
FL Bar No. 728861
Hunton & Williams LLP
1111 Brickell Ave., Suite 2500
Miami, FL 33131
Tel: 305-536-2724
E-mail: jisani@hunton.com and

Maya Eckstein (Pro Hac Vice)
VA Bar No. 41413
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond VA, 23219
Tel: 804-788-8788
E-mail: meckstein@hunton.com and

Alison L. Karmelek (Pro Hac Vice)
DC Bar No. 1012848
Hunton & Williams LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Tel: 202.955.1517
E-mail: akarmelek@hunton.com

*Counsel for Defendants, Discovery Communications, Inc., Discovery Holding Company, Discovery Channel, Debmar-Mercury, Lionsgate, TLC, and Christo Doyle*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 26, 2015, a true and correct copy of the foregoing was served by transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record.

/s/Jamie Zysk Isani
Jamie Zysk Isani